UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL ANN LEE,<br><br>        Plaintiff,<br><br>     v.<br><br>LIBERTY LIFE ASSURANCE COMPANY,<br><br>        Defendant. | No. CV-06-240-FVS<br><br>ORDER OF DISMISSAL |

**IT IS HEREBY ORDERED:**

Pursuant to a stipulation of the parties, this matter is dismissed with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and close this file.

**DATED** this ___16th___ day of March, 2007.

                        s/ Fred Van Sickle
                         Fred Van Sickle
                 United States District Judge

ORDER OF DISMISSAL- 1